**Cardell D. BROWN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 63633.**

Missouri Court of Appeals,
Western District.

Feb. 1, 2005.

Susan L. Hogan, Kansas City, MO, for appellant.

Deborah Daniels, Jefferson City, MO, for respondent.

Before: ROBERT G. ULRICH, P.J., JAMES M. SMART, JR., and JOSEPH M. ELLIS, JJ.

## *ORDER*

PER CURIAM.

Cardell D. Brown appeals the judgment of the motion court denying his Rule 24.035 motion for postconviction relief following an evidentiary hearing.

For reasons stated in the Memorandum provided to the parties, the judgment is affirmed. Rule 84.16(b).